IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. WILMSHURST,

    Plaintiff,                   No. CIV S-06-0308 DFL PAN (GGH) PS

   vs.

BILL LOCKYER, et al.,

    Defendants.             ORDER TO SHOW CAUSE

_____/

       This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order requiring timely service filed February 13, 2006, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed February 13, 2006, and plaintiff has not yet served defendants with summons.

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       Plaintiff shall show cause, in writing, within ten days from the date of this order,

3 why this action should not be dismissed for failure to comply with Federal Rule of Civil

4 Procedure 4(m). Failure to <u>timely</u> file the required writing will result in a recommendation that

5 the case be dismissed.

6 DATED: 6/21/06                                       /s/ Gregory G. Hollows

7                                             GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

8 GGH:035

9 wilmshurst.osc